IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ZEPHREE BRINSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-13-463 |
| | § | |
| | § | |
| UNIVERSAL AMERICAN MORTGAGE | § | |
| CO., *et al.,* | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Zepheree Brinson's motion for a temporary restraining order, (Docket Entry No. 22), is denied.

SIGNED on February 24, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge