IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ZEPHREE BRINSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-13-463 |
| | § | |
| UNIVERSAL AMERICAN MORTGAGE CO., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the Memorandum and Opinion of today's date, the defendants' motion to dismiss, (Docket Entry No. 15), is granted. The action filed by the plaintiff, Zephree Brinson, against the defendants is dismissed. Because future amendment would be futile, the dismissal is with prejudice.

SIGNED on September 2, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge